■ BOARD OF EDUCATION, CENTRAL SCHOOL DISTRICT NO. 1, TOWNS OF CAMILLUS, ONONDAGA, VAN BUREN, GEDDES AND ELBRIDGE, Appellant, v H. H. & F. E. BEAN, INC., Respondent. (Appeal No. 2.) — Judgment unanimously affirmed. Same memorandum as in *Board of Educ. v Hueber* (Appeal No. 1) (90 AD2d 685). (Appeal from judgment of Supreme Court, Onondaga County, Murphy, J. — breach of contract.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule JJ.